Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Tino Ortega SIMMONS |
| **Docket Number:** | 1:98CR05175-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12-14-98 |
| **Original Offense:** | 18 USC 2113(a) and (d) - Armed Bank Robbery and Aiding and Abetting<br>(CLASS B FELONY) |
| **Original Sentence:** | 109 months Bureau of Prisons; 60 months supervised release; $100 special assessment; $44,395 restitution; mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; participate in substance abuse counseling/testing; $5 co-payment |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 03-09-06 |
| **Assistant U.S. Attorney:** | Dawrence Rice     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor Chavez     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12B.MRG

**RE:    Tino Ortega SIMMONS**
         **Docket Number:  1:98CR05175-001**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall participate in a program of mental health treatment, which may include a regimen of prescribed psychotropic medications as directed by the probation officer.

**Justification:**   On March 14, 2006, the releasee reported to the U. S. Probation Office and was instructed as to the conditions of his supervised release.  During the appointment, the undersigned officer initiated the subject's enrollment with Turning Point, Community Corrections Center to participate in substance abuse counseling and testing.

On March 29, 2006, notification was received from the Turning Point, Community Corrections Center that the releasee failed to report for his initial intake counseling appointment on March 20, 2006, and left a note indicating he could not attend his subsequent appointment scheduled on March 28, 2006.

On April 3, 2006, the releasee reported to the U. S. Probation Office for a scheduled appointment.  The undersigned officer counseled with the releasee regarding his failure to comply with his scheduled substance abuse counseling appointments.  The releasee explained that he has been working a lot of overtime and has been struggling with depression.  The undersigned officer counseled with the releasee and reviewed a variety of intervention options available.  The releasee agreed to a modification of his supervised release, whereby, he would participate in mental health counseling and agreed to take psychotropic medication, as deemed necessary by the treatment professional.  The releasee signed and dated a waiver to modify his conditions of supervised release.

**RE:    Tino Ortega SIMMONS**
         **Docket Number:  1:98CR05175-001**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On April 13, 2006, the releasee reported to the U. S. Probation Office to request a travel permit to visit with his mother who resides in San Dimas, California. During the appointment, the releasee stated he has continued to experience depression and referral was completed for his voluntary participation with counseling services offered by the Mary Kay Shell Mental Health Center in Bakersfield, California. It is respectfully recommended the Court modify the conditions of supervised release and impose the recommended modification ordering the releasee to participate in mental health counseling.


                         Respectfully submitted,

                         /s/ Lonnie E. Stockton

                         **LONNIE E. STOCKTON**
                         **United States Probation Officer**
                         Telephone:  (661) 861-4124

**DATED:**      April 18, 2006
                Bakersfield, California
                LES:ks


**REVIEWED BY:**    /s/ Rick C. Louviere
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

**RE:   Tino Ortega SIMMONS**
**Docket Number:  1:98CR05175-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X    Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

IT IS SO ORDERED.

**Dated:   April 19, 2006**                                        **/s/ Oliver W. Wanger**
emm0d6                                                             UNITED STATES DISTRICT JUDGE