Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Tino Ortega SIMMONS |
| **Docket Number:** | 1:98CR05175-01 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/14/1998 |
| **Original Offense:** | 18 USC 2113(a) and (d) - Armed Bank Robbery and Aiding and Abetting<br>(CLASS B FELONY) |
| **Original Sentence:** | 109 months Bureau of Prisons; 60 months supervised release; $100 special assessment; $44,395 restitution; mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; Participate in substance abuse counseling/testing; $5 co-payment |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 03/09/2006 |
| **Assistant U.S. Attorney:** | Dawrence Rice   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor Chavez   **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**04/18/2006**</u>: Probation 12B Petition to modify conditions of supervision submitted to the Court. The undersigned officer requested the Court include a mental health special condition following the releasee's disclosure he

RE:     Tino Ortega SIMMONS
        Docket Number:  1:98CR05175-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

was struggling with depression. On April 19, 2006, your Honor approved the recommended modification.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

You shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale, as directed by the probation officer.

**Justification:** On November 5, 2006, the releasee was arrested by a California Highway Patrol Officer for Driving a Motor Vehicle with a Blood Alcohol in Excess of .08%. The releasee advised the undersigned officer of the new law violation and his subsequent Court appearance dates.

On June 20, 2007, the releasee appeared in the Superior Court of California, County of Los Angeles with appointed defense counsel, in reference to case number 7PS01087. The Court reduced the charge to Reckless Driving. The Court ordered 2 years summary probation; 1 day jail with credit for time served of 1 day. Additionally, the releasee was ordered to perform 7 days of community service, participate and complete a 3 month first time offender counseling program and pay fees/fines totaling $902.

On June 29, 2007, the releasee reported to the U. S. Probation Office in Bakersfield, California for a scheduled appointment. The undersigned officer counseled with the releasee regarding his conviction for Reckless Driving and reviewed the Waiver of Hearing form to modify the conditions of his supervised release. The releasee consented to modifying his special conditions to add an order to abstain from alcoholic beverages during the duration of his supervised release.

**RE:   Tino Ortega SIMMONS**
       **Docket Number:  1:98CR05175-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

It is respectfully recommended the Court modify the special conditions of supervised release to include an order for the releasee to abstain from consuming intoxicating beverages. The undersigned officer will monitor the releasee's compliance by conducting unscheduled home contacts and administering breathalyzer tests. The undersigned officer is not seeking any additional revocation proceedings.

                             Respectfully submitted,

                             /s/ Lonnie E. Stockton
                             **LONNIE E. STOCKTON**
                             **United States Probation Officer**
                             Telephone:  (661) 861-4124

**DATED:**   July 2, 2007
             Bakersfield, California
             LES:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 3, 2007**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE